**Susan KANE, as next friend of Vera Klein, Plaintiff–Appellant,**

v.

**WASHINGTON NATIONAL INSURANCE COMPANY, Defendant–Appellee.**

**No. 11–16112**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 16, 2012.

Ralph Oliver Anderson, Ralph O. Anderson, PA, David W. Brill, Brill Rinaldi Garcia, Weston, FL, Juan Manuel Garcia, Jr., Joseph J. Rinaldi, Jr., Brill Rinaldi Garcia, Coral Gables, FL, for Plaintiff–Appellant.

Gary Lane Howard, Paul P. Bolus, D. Brian O'Dell, Ann T. Taylor, Bradley Arant Boult Cummings, LLP, Birmingham, AL, for Defendant–Appellee.

Before TJOFLAT, MARCUS and FAY, Circuit Judges.

PER CURIAM:

This is an appeal of an attorney's fee award made pursuant to § 627.428, Fla. Stat. (2010), in a contingency fee case brought against an insurance company by a policy holder. Appellant argues that the District Court, in fashioning the award, committed "reversible error in its determination of the 'Lodestar' amount." Appellant's Br. at 13. The question before this court is whether the District Court abused its discretion in arriving at the Lodestar amount and in fixing the fee awarded. After examining the parties' submissions to the District Court regarding the attorney's fee issue and their briefs on appeal, we find no abuse of discretion. The District Court's judgment is accordingly

AFFIRMED.